| | |
|---|---|
| Name | JOHN LEWIS |
| Street Address | 3450 Erva St #147 |
| City and County | Las Vegas  - Clark County |
| State and Zip Code | Nevada  89117 |
| Telephone Number | 702 665 1963 |



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 17 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*IFP Submitted*



No CV-30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
CALIFORNIA

John Lewis

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Collectors Universe, Inc DBA PCGS service

AND DOES 1 TO 10

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 8:23-CV – 00661-JWH
(JDE)
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☒ Yes     ☐ No
*(check one)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | John Lewis |
| Street Address | 3450 Erva St #147 |
| City and County | Las Vegas  - Clark County |
| State and Zip Code | Nevada  89117 |
| Telephone Number | 702 665 1963 |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Collectors Universe, Inc DBA PCGS service |
| Job or Title (if known) | |
| Street Address | 1610 E St Andrew Pl, Santa Ana, CA 92705 |
| City and County | Santa Ana  Orange County |
| State and Zip Code | California 92705 |
| Telephone Number | (949) 567-1234 |

Defendant No. 2

| | |
|---|---|
| Name | Does 1 to 10 |
| Job or Title (if known) | to be determined |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

2

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II.      Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction?  *(check all that apply)*

☐  Federal question          ☒  Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The current diversity jurisdiction provision is codified at 28 U.S.C. § 1332

and grants federal court jurisdiction in all civil actions between citizens of different states

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* John Lewis _____, is a citizen of the State of *(name)* Nevada _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* Type text here _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.      If the defendant is a corporation

The defendant, *(name)* Collectors Universe, Inc DBA PGGS service
incorporated under the laws of the State of *(name)*
California _____, and has its principal place of
business in the State of *(name)* California _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

$250,000 as Defendant has defrauded this Plaintiff intending to replace coins of
said value for a package of non valuable coins sent in return by Defendant.

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

On or about August of 2022 Plaintiff sent a set of original uncirculated coins with a face value of $250,000
for them to be appraised and grade for Plaintiff to sent to auction. They sent me back were circulated coins
with no value and since then and after all my claims they never picked up Plaintiff s calls or requests
thereafter.  This Plaintiff has complained with Federal Trade Commision and the State Attorney General.
Type text here

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The relief I am entitled to seek is the face value of my coins $250,000 plus punitive damages, as I learned that this is a usual practice for them. Many victims of the same fraudulent scheme. On top they refused to provide me with the Bond information

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 17 , 20 23

Signature of Plaintiff

Printed Name of Plaintiff   JOHN D. LEWIS