| | |
|---|---|
| SBN: | **FOR COURT USE ONLY** |
| **ATTORNEY (Name and Address):**<br>John Lewis<br>3450 Erva St #147<br>Las Vegas, NV 89117 | **FILED**<br>**CLERK, U.S. DISTRICT COURT**<br><br>AUG - 3 2023<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY    CCA    DEPUTY |
| EMAIL:<br>ATTORNEY FOR: In Propria Persona | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>United States District Court, Central<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | |
| | COURT CASE NO:<br>8:23-CV-00661-JWH-JDE |
| PLAINTIFF:<br>John Lewis | |
| DEFENDANT:<br>Collectors Universe, Inc. | LEVYING OFFICER FILE NO:<br>2023507932 |

## Proof of Service

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other *(specify documents)*:
   Notice of Electronic Filing for Self-Representation Order, Notice of Electronic Filing for Standing Order, Self-Representation Order, Standing Order

3. a. Party Served *(specify name of party as shown on documents served)*:
   Collectors Universe, Inc.

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Michele Taylor - Agent

4. Address where party was served:
   1610 E St Andrew Place
   Santa Ana, CA 92705

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 07/18/2023 at: 11:45 AM.

7. Person who served the papers:
   a. Name: Technician . J. Simone, #9532
   b. Address: 909 N Main St, Suite 2, Santa Ana, CA 92701
   c. Telephone number: (714) 569-3700
   d. The fee for service was: $40.00

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wednesday, July 19, 2023

by: *Julie Simone #9532*
Sheriff's Authorized Agent
Don Barnes, Sheriff-Coroner

Judicial Council Form POS-040

Original
(c) CountySuite Sheriff. Teleosoft, Inc.

JOHN LEWIS
3450 ERVA ST. #147
LAS VEGAS, NV 89117

LAS VEGAS NV 890
29 JUL 2023 PM 3 L

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 2 2023
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPUTY

ATN: CLERK

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
411 W. 4TH ST
SANTA ANA, CA 92701

92701-451653