# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| John Lewis | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:23-cv-00661-JWH-JDE |
| v. | |
| Collectors Universe, Inc. | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 9/25/2023 | 17 | APPLICATION for Clerk to Enter Default |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____ .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Plaintiff shall consult the Notice of Deficiency re Default/Default Judgment [ECF No. 18]. The deadline for Plaintiff to cure deficiency is October 27, 2023.

Dated: 10/13/2023         By: /s/ J.W. Holcomb
                              U.S. District Judge, John W. Holcomb