1. JOHN DAVID LEWIS (Full Name)
2. 3450 ERVA ST. #147 (Address Line 1)
3. LAS VEGAS NV 89117 (Address Line 2)
4. (702) 665-1963 (Phone Number)
5. Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN LEWIS,

    Plaintiff,

vs.

COLLECTORS UNIVERSE

    Defendant(s).

Case No.: 8:23-CV-00661

**REQUEST FOR SERVICE BY MARSHAL PURSUANT TO FED. R. CIV. P. 4(c)(3) AND 28 U.S.C. § 1915(d)**

Plaintiff JOHN LEWIS hereby requests this Court to order service of her summons and complaint to be made by the U.S. Marshal Service upon the following Defendant(s):

COLLECTORS UNIVERSE

Plaintiff's request is made pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915(d).

1

Request for Service by Marshal Pursuant to Fed. R. Civ. P. 4(c)(3) and 28 U.S.C. §1915(d)

Federal Rule of Civil Procedure 4(c)(3) reads, "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court **must so order** if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916." (emphasis added.)

42 U.S.C. § 1915(d) reads in relevant part, "The officers of the court shall issue and serve all process, and perform all duties in such (in forma pauperis) cases."

Based on the above, Plaintiff requests that the Court grant this request.

Date: 10-19-23

_____
(signature)

JOHN D. LEWIS
(name)

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEWIS, <br> Plaintiff, <br> vs. <br> COLLECTORS UNIVERSE <br> _____, <br> Defendant(s). | Case No.: 8:23-CV-00661 <br><br> **(PROPOSED) ORDER GRANTING REQUEST FOR SERVICE BY MARSHAL PURSUANT TO FED. R. CIV. P. 4(c)(3) AND 28 U.S.C. § 1915(d)** |

Having considered Plaintiff's Request,

IT IS HEREBY ORDERED that Plaintiff's request for service by U.S. Marshal is GRANTED.

DATED: _____

Hon. _____
(Judge's name)

JOHN LEWIS
3456 ERVA ST #147
LAS VEGAS, NV 89117

LAS VEGAS NV 890
20 OCT 2023 PM 5 L

JWH (JDEx)
U.S. DISTRICT COURT
411 W. 4TH ST
SANTA ANA, CA 92701

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 23 2023
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION    BY DEPUTY

