**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Lewis <br><br> PLAINTIFF(S) <br> v. <br> Collectors Universe, Inc. <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 8:23-cv-00661-JWH-JDE <br><br> **ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL** |

A request and declaration having been presented in compliance with the provisions of 28 U.S.C. § 1915; and an Order having been filed permitting commencement of suit without prepayment of filing fees;

IT IS HEREBY ORDERED that the United States Marshal is authorized to proceed with service of process upon the following defendants **only** without prepayment of cost, until further Order of the Court:

| | individually | official capacity |
|---|---|---|
| Complaint | ☐ | ☒ |
| Summons | ☐ | ☒ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Upon receipt of this order, the United States Marshal may request that the defendant(s) waive service. If a waiver of service is not returned by a defendant within thirty (30) days of the date of mailing a request for waiver, the United States Marshal shall personally serve process upon that defendant.

October 25, 2023
Date

_[signature]_
United States District Judge, John W. Holcomb

CV-35 (11/96)    ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL