FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2024
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

John Lewis (Full Name)
kedzie3141@gmail.com (Email Address)
3450 Erva Street E147 (Address Line 1)
Las Vegas NV 89117 (Address Line 2)
702 665 1963 (Phone Number)

John Lewis in Pro Per
(indicate Plaintiff or Defendant)

Collector Universe Inc d/b/a PCGS and Does 1-10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Case No.: 8:23-CV-00661 JHW-JDE

John Lewis, Plaintiff,

vs.

Collector Universe INC d/b/a PCGS and Does 1-10, Defendant(s).

’s (indicdate Plaintiff or Defendant)

**NOTICE OF MOTION AND MOTION TO OPPOSE THE MOTION TO DISMISS**

**Hearing Date: March 29th 24**
**Hearing Time: 9am**
**Judge: John W Holcomb** (Judge`s name)
**Place: Courtroom 9D** (courtroom number)

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on March 29th 2024 ________ at 9am ________,

John Lewis ________________________________, the Plaintiff

(your name) (indicate Plaintiff or Defendant)

in this case, will move this Court to: motion to oppose dismissal.__

(describe the nature of your motion)

This motion is based upon the following documents:

Elements of fraud claim and argument and conclusion.

(list the documents, such as a Memorandum of Points and Authorities and a Declaration, that support your motion)

the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on ________________.

(date)

DATED: ____________________________

By:

(sign)

(print name)

________________in Pro Per

(indicate Plaintiff or Defendant)

ELEMENTS OF A FRAUD CLAIM:

Defendant Professional Coin Grading Service failed to list that they are bonded on their website, thereby letting their clients know that their merchandise is insured once they receive it from loss of theft.

Whomever grading the coins knew the coins sent back to me were not the coins I sent to them.

Refused to look into what happened to my coins. Refused to show me the video claiming security reasons. Refused to give me their bond information, after I asked the President of the company for the information. She said that she needed a couple of days to give me that information. I never heard back from her. I sent her a demand letter to which she never replied.

There are only two coin grading companies in America, one in Florida and the other being Professional Coin Grading Service in California which is ranked as the best and multi-million dollar business.

I am seeking $250,000.00 in damages.

ARGUEMENTS:

The Defendants failed to abide by their surety bond agreement. Refusing to supply me the information.

A company that handles millions of dollars worth of coins every year, and is supposed to be secure and for them to allow my coins to be switched and refusing to look into the matter by the Director of Operations whom I talked to first.  I explained to him the coins that I received back, were not the coins that I sent them.  He said, "The coins they send me, were the coins I sent them." without asking me what kind of coins they were. I asked him if he would review the video and he said, "He did not have time." and proceeded to tell me, "how many people have tried to sue them and no one has ever won".  I had never mentioned to him anything about a lawsuit or attorney.

I filed a complaint with the State's Attorney General and the District Attorney of Orange County CA.  Sometime later, I received a phone call from the President of the company.  I explained to her what had happened.  She said, "They didn't switch the coins", however she doesn't personally work with the coins.

I asked her to if I could see the video of my coins being received and being removed from the box.  She said she would have to see if it was OK with the Security department and she would get back to me.  I haven't heard from her since.

I called her back and asked for their bond information, and she said, "She needed a couple of days to get me that information."  I never heard back from her again.

I mailed her a certified demand letter for the above information and never got a reply.  It's been several months since that.  I tried to phone her back, but my phone number was blocked.  When I call their number now, I get a message stating that they do not accepts calls from this area.

CONCLUSION:

There is no reason for me to be in this court room for this matter, seeing that they are bonded. Which gives me the right to file a claim with their insurance company which they are denying me that right. After all, this is why they are bonded in the first place.

For the reasons stated above, this Court should continue this case.________

Dated: 3/20/2024______________________

*Sign:* ______________________________

*Print Name:* John Lewis ________________

Plaintiff

___in pro per

*(indicate Plaintiff or Defendant)*

ORIGIN ID:BLDA (702) 476-1516
JOHN LEWIS

8465 W SAHARA AVE
SUITE 111
LAS VEGAS, NV 89117
UNITED STATES US

SHIP DATE: 21MAR24
ACTWGT: 0.10 LB
CAD: 114511835/WSXI3600

BILL SENDER

TO

U.S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORIA
411 WEST 4TH ST
SANTA ANA CA 92701

(702) 665-1963 REF: JOHN LEWIS
INV: PKG ID: 222891
PO: DEPT:

RT 294
FZ B11
1
10:30
D
8720
03.25

FRI - 22 MAR 10:30A
TRK# 0201 2724 5498 8720
PRIORITY OVERNIGHT

XP APVA

92701
CA-US SNA

Docketry

Align bottom of peel-and-stick airbill or pouch here.